FILED
2016 Apr-27  PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **JEREMY GRAHAM,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:14-cv-936-RDP-TMP** |
| | ) | |
| **JOHN T. RATHMAN, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation on April 6, 2016, recommending dismissal of Petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief.  (Doc. 18).   No objections to the Report and Recommendation have been filed.   Having now carefully considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is **ADOPTED** and the recommendation **ACCEPTED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this _____27th_____ day of April, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE